In re:                                                      Case No. 20-08359-PS

PRISCILLA ANNE AVALOS                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2                 User: admin                            Page 1 of 2

Date Rcvd: Feb 11, 2025             Form ID: 3180W                      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | PRISCILLA ANNE AVALOS, 1145 W. BASELINE ROAD, APT. 1036, TEMPE, AZ 85283-5329 |
| 16149160 | + | Parkway Plus Apartments, 1237 Graves Ave, El Cajon CA 92021-8979 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: ecfmailclient@ch13bk.com | Feb 11 2025 22:56:00 | RUSSELL BROWN, Chapter 13 Trustee, 3838 N Central Ave, Ste 800, Phoenix, AZ 85012-1965 |
| smg | | EDI: AZDEPREV.COM | Feb 12 2025 03:45:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| cr | + | EDI: AISACG.COM | Feb 12 2025 03:46:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16150651 | + | EDI: AZDEPREV.COM | Feb 12 2025 03:45:00 | ARIZONA DEPARTMENT OF REVENUE, c/o Tax, Bankruptcy and Coll, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| 16149151 | + | Email/Text: bkinfo@ccfi.com | Feb 11 2025 22:56:00 | Ad Astra Recovery Services, 7330 W 33rd St. N, Ste. 118, Wichita KS 67205-9370 |
| 16149152 | + | EDI: AZDEPREV.COM | Feb 12 2025 03:45:00 | Arizona Department of Revenue, P.O. Box 52016, Phoenix AZ 85072-2016 |
| 16149153 | + | Email/Text: Bankruptcy@michaelandrewsllc.com | Feb 11 2025 22:56:00 | Auto Best, LLC, POB 2247, Southfield MI 48037-2247 |
| 16149154 | + | EDI: CAPITALONE.COM | Feb 12 2025 03:46:00 | Capital One, PO Box 30285, Salt Lake City UT 84110-0285 |
| 16149155 | | Email/PDF: acg.exeter.ebn@aisinfo.com | Feb 11 2025 23:24:22 | Exeter Finance, PO Box 204480, Dallas TX 75320-4480 |
| 16149156 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Feb 11 2025 23:35:18 | Exeter Finance Corp, PO Box 166008, Irving TX 75016-6008 |
| 16159884 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Feb 11 2025 23:35:26 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 16149157 | + | Email/Text: bankruptcy@fcnetwork.com | Feb 11 2025 22:57:00 | Financial Credit Network Inc., 1300 W Maint, Visalia CA 93291-5825 |
| 16149158 | | EDI: IRS.COM | Feb 12 2025 03:46:00 | IRS, Central Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |

| 16199338 | Email/Text: bankruptcy@ncaloans.com | | |
|---|---|---|---|
| | | Feb 11 2025 22:56:00 | New Credit America, 811 SW Naito Parkway Suite 300, Portland, OR 97204 |
| 16149161 | + Email/Text: bkinfo@ccfi.com | | |
| | | Feb 11 2025 22:56:00 | Speedy Cash Corporate, 3527 N. Ridge Road, Wichita KS 67205-1212 |
| 16153692 | + Email/Text: bkinfo@ccfi.com | | |
| | | Feb 11 2025 22:56:00 | Speedy/Rapid Cash, PO Box 780408, Wichita, KS 67278-0408 |
| 16149162 | + Email/Text: nick@tscarsolutions.com | | |
| | | Feb 11 2025 22:57:00 | TSC Acct/Rec Solutions, Attn: Bankruptcy Department, 2701 Laker Ave, Ste 120, Carlsbad CA 92010-6639 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Arizona Department of Revenue |
| aty | * | RUSSELL BROWN, Chapter 13 Trustee, 3838 N Central Ave, Ste 800, Phoenix, AZ 85012-1965 |
| 16149159 | ##+ | New Credit of America, 811 SW Naito Pkwy Suite, #300, Portland OR 97204-3344 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2025            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| RUSSELL BROWN | on behalf of Trustee RUSSELL BROWN ecfmailclient@ch13bk.com |
| RUSSELL BROWN | ecfmailclient@ch13bk.com |
| Rachel Elizabeth Flinn | on behalf of Trustee RUSSELL BROWN rflinn@ch13bk.com dsmith@ch13bk.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor PRISCILLA ANNE AVALOS documents@phxfreshstart.com tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 5

| | | |
|---|---|---|
| Debtor 1 | **PRISCILLA ANNE AVALOS** | Social Security number or ITIN  xxx–xx–3134 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Arizona | |
| Case number: | 2:20–bk–08359–PS | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

PRISCILLA ANNE AVALOS

2/11/25

**By the court:** <u>Paul Sala</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ◆ debts that are domestic support obligations;

- ◆ debts for most student loans;

- ◆ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**